ROCKWELL, KELLY, DUARTE & URSTOEGER, LLP
By: Jeffrey R. Duarte
State Bar No. 186190
P.O. Box 0142
Modesto, CA 95353
Phone (209) 521-2552
Fax: (209) 526-7898

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD BOYER, | Case No.: 1:19-cv-00714-EPG |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| vs. | (ECF No. 12) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant | |

IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court, that the time for Plaintiff to serve Plaintiff's Letter Brief be extended from October 31, 2019 to December 2, 2019. (This request is for a 32 day extension as 30 days would fall on a Saturday.) This is Plaintiff's first request for an extension of time.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

///

///

///

Plaintiff's counsel will be on medical leave as his mother is undergoing a medical surgical procedure. Plaintiff's counsel will need additional time to review the administrative record and prepare the letter brief.  Per Defendant counsel's email on October 10, 2019, defendant has no objection.

Respectfully submitted,

Dated:  October 11, 2019

By: */s/ Jeffrey R. Duarte*
JEFFREY R. DUARTE
Attorney for Plaintiff

Dated:  October 11, 2019

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Chantel Jenkins*
(As authorized via email)
CHANTEL JENKINS
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

Pursuant to the stipulation of the Parties (ECF No. 12), and finding good cause exists, IT IS ORDERED that the deadline for Plaintiff to serve Plaintiff's Letter Brief is extended to December 2, 2019. All subsequent deadlines in the Court's Scheduling Order are extended accordingly.

IT IS SO ORDERED.

Dated: __**October 15, 2019**__    /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE