McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS, PA SBN 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8931
    Facsimile: (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| CHAD BOYER,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | 1:19-cv-00714-EPG<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME<br><br>(ECF No. 17) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a 30-day extension of time from March 6, 2020 to April 6, 2020 to respond to Plaintiff's opening brief. Defendant's counsel had to work on discovery for a federal district court employment case for the last three weeks. Defendant's counsel has five briefs due in other social security cases within the next month and will also be on work travel for depositions. Counsel, therefore, requests additional time to review the record and draft the brief for this case.

This request is made in good faith with no intention to unduly delay the proceedings.

1

| | |
|---|---|
| 1 | The parties further stipulate that the Court's Scheduling Order shall be modified |
| 2 | accordingly. |
| 3 | Counsel apologizes to the Court for any inconvenience caused by this delay. |

Respectfully submitted,

Dated:  March 5, 2020             /s/ Jeffrey R. Duarte by Chantal R. Jenkins*
                                  *As authorized *via* email on March 5, 2020
                                  Jeffrey R. Duarte
                                  Attorney for Plaintiff


Dated:  March 5, 2020             McGREGOR W. SCOTT
                                  United States Attorney
                                  DEBORAH LEE STACHEL
                                  Regional Chief Counsel, Region IX
                                  Social Security Administration


                            By:   /s/ Chantal R. Jenkins
                                  CHANTAL R. JENKINS
                                  Special Assistant United States Attorney

# ORDER

Pursuant to the stipulation of the Parties (ECF No. 17), and finding good cause exists, IT IS ORDERED that the deadline for Defendant's response to Plaintiff's opening brief is extended to April 6, 2020. All subsequent deadlines are extended accordingly.

IT IS SO ORDERED.

Dated: **March 6, 2020**

/s/ *Eric P. Grosjean*
UNITED STATES MAGISTRATE JUDGE